UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

CHARLOTTE MONDAY and )
DARLENE PATTON, )
    *Plaintiffs*, )
)
v. ) Case No. 1:22-cv-00075-CHS
)
LA-Z-BOY INCORPORATED, )
    *Defendant*. )

## JUDGMENT ORDER

This action is before the Court upon the Motion for Summary Judgment [Doc. 22] filed by La-Z-Boy Incorporated as to all of Plaintiffs' claims. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. La-Z-Boy Incorporated's Motion for Summary Judgment [Doc. 22] is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** in its entirety.

3. **JUDGMENT IS ENTERED** in favor of Defendant La-Z-Boy Incorporated.

    SO ORDERED.

                                    /s/ *Christopher H. Steger*
                                    UNITED STATES MAGISTRATE JUDGE

    ENTERED AS A JUDGMENT:
    s/ LeAnna R. Wilson
    District Court Clerk